| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | VOLUNTARY PETITION |
|---|---|

*Chapter 13 w/Plan*

| IN RE | NAME OF JOINT DEBTOR |
|---|---|
| *Walker, Tatia N.* | *Walker, Timothy* |
| ALL OTHER NAMES used by the debtor in the last 6 years | ALL OTHER NAMES used by the joint debtor in the last 6 years |
| *NONE* | *NONE* |
| SOC. SEC.#/TAX I.D.# | SOC. SEC.#/TAX I.D.# |
| *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* | *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* |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| *4231 W. Jackson* *Chicago, Illinois 60624*     *Ph:* | *4231 W. Jackson* *Chicago, Illinois 60624* |
| COUNTY OF RESIDENCE OR BUSINESS *Cook County* | COUNTY OF RESIDENCE OR BUSINESS *Cook County* |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
| *SAME* | *SAME* |
| BUSINESS DEBTOR'S PRINCIPAL ASSET LOCATION *NOT APPLICABLE* | VENUE |
|  | [X] *Debtor's domicile, residence, or business assets were in this District for the 180 days preceding this petition.* |

## INFORMATION REGARDING DEBTOR

| | |
|---|---|
| DEBTOR TYPE: [X] *Joint (Husband & Wife)* DEBT NATURE: [X] *Non-Business/Consumer* | CHAPTER/SECTION: [X] *Chapter 13* SMALL BUSINESS: [ ] *Debtor is a small business - 11 USC 101* [ ] *Elects small business - 11 USC 1121(e)* FILING FEE: [X] *attached* |
|  | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY *Neal Feld* *500 N. Michigan, Ste. 300* *Chicago, Illinois 60611* Telephone No. *(312) 396-4130* |
|  | ATTORNEY(S) REPRESEN' *Neal Feld* |
|  | [ ] Debtor not rep |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/17/2003
Time: 12:03:24
Debtor: TATIA N WALKER
Case: 03-50652
Chapter: 13 Rec. # : 3051868     Fee : 194
Judge: Pamela Hollis
341 mtg: 01/15/2004 @ 02:30PM
ConfHrg: 02/23/2004 @ 11:00AM
Trustee: MARILYN MARSHALL

1:03BK50652-BK001

## STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. 6...)

[X] *Funds will be available for unsecured creditors.*

| | |
|---|---|
| ESTIMATED NO. OF CREDITORS: | [X] *16-49* |
| ESTIMATED ASSETS (thousands): | [X] *100-499* |
| ESTIMATED LIABILITIES (thousands): | [X] *100-499* |
| ESTIMATED NO. OF EMPLOYEES: | [X] *Not Applicable* |
| ESTIMATED EQUITY SECURITY HOLDERS: | [X] *Not Applicable* |

Debtors: *Tafia N. Walker and Timothy Walker*                    Case No.:_____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only.    [X] *Debtor's proposed plan dated _____ is attached.*

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| Location Where Filed<br>*NONE* | Case Number | Date Filed |
|---|---|---|

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of Debtor<br>*NONE* | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor requests relief under the U.S. Code title 11 chapter specified in this petition.

## SIGNATURES

### Attorney

X _____*Neal Feld*_____        Date: *12-12-03*

Attorney: *Neal Feld*

---

### JOINT DEBTORS

We declare under penalty of perjury that the information provided in this petition is true and correct.

X _____*Tafia N. Walker*_____ Date: *12-12-03*
Debtor: *Tafia N. Walker*

X _____*Timothy Walker*_____ Date: *12-12-03*
Joint Debtor: *Timothy Walker*

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

X _____
Signature of Authorized Individual
Name:
Title:                              Date:

*If the Debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

---

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 S322)

We are aware that we may proceed under chapter 7, 11, or 12 of title 11, U.S. Code, understand the relief available under such chapter and choose to proceed under chapter 7 of such title. If we are represented by an attorney Exhibit "B" has been completed.

X _____*Tafia N. Walker*_____ Date: *12-12-03*
Debtor: *Tafia N. Walker*

X _____*Timothy Walker*_____ Date: *12-12-03*
Joint Debtor: *Timothy Walker*

### EXHIBIT "B"

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under such chapter.

X _____*Neal Feld*_____ Date: *12-11-03*
Attorney: *Neal Feld*

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 USC S110)

I certify that I am a bankruptcy petition preparer as defined in 11 USC S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Name of Bankruptcy Petition Preparer:

All Others Who Assisted in Preparation:

X _____
Signature of Preparer

Failure to comply may result in fines or imprisonment or both. 11 USC S110; 18 USC S156

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Tatia N. Walker*
      and
     *Timothy Walker*

Case No.
Chapter *13*

_____ / Debtors

Attorney for Debtor: Neal Feld

## STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
    a) For legal services rendered, or to be rendered in contemplation of
       and in connection with this case . . . . . . . . . . . . . . . . . . $ 2,200.00
    b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . .    800.00
    c) Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1,400.00

3.  The Filing Fee *has been paid*.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the
       debtor(s) in determining whether to file a petition under Title 11, U.S.C.
    b) Preparation and filing of the petition, schedules, statement of affairs and other
       documents required by the court.
    c) Representation of the debtor(s) at the first meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings,
    wages and compensation for services performed, and
    *none other*.

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and *none other*.

7.  The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:
    *None.*

8.  The undersigned has not shared or agreed to share with any other entity, other than
    with members of the undersigned's law firm, any compensation paid or to be paid except
    as follows: *None.*

Dated: */2-/2-03*

Respectfully submitted,

*Neel Feld*

Attorney for Petitioner: *Neal Feld*
*500 N. Michigan, Ste. 300*
*Chicago, Illinois 60611*

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:** Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| _12-12-07_ | _Debra V. Walker_ | |
| Date | Signature of Debtor | Case Number |

Debtor Copy / Court Copy
(B 201 Rev 1/95)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Tatia N. Walker*                              Case No.
            and                                              Chapter *13*
         *Timothy Walker*

_____/ Debtors

Attorney for Debtor: Neal Feld

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 125,000.00 | | |
| B - Personal Property | Yes | 3 | $ 8,050.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claims | Yes | 1 | | $ 104,155.63 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 31,639.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,707.48 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,334.70 |

Total Number of sheets
in ALL Schedules > 15

Total Assets > $   133,050.00

Total Liabilities > $   135,794.63

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors     Case No.

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *Resident/4231 W. Jackson* | | J | $ 125,000 | $ 100,702 |
| | Total | | $ 125,000 | |

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors   Case No.

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. *Cash* | | J | $ 50 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. [x] NONE | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. [x] NONE | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *Furniture* | | J | $ 500 |
| *Sofa, Love Seat* | | J | $ 1,500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. [x] NONE | | | |
| 6. Wearing apparel. *Clothing* | | J | $ 350 |
| 7. Furs and jewelry. *Jewelry* | | J | $ 50 |
| 8. Firearms and sports, photographic, and other hobby equipment. [x] NONE | | | |
| 9. Interests in insurance policies. [x] NONE | | | |
| 10. Annuities. [x] NONE | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. *Qualified 401(k) Pension Plan* | | J | $ 2,000 |

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors    Case No.

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

12. Stock and interests in incorporated and unincorporated businesses.
    [x] NONE

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-nego-
    tiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which
    the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power
    exercisable for the benefit of the debtor other than those
    listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent,
    death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including
    tax refunds, counter claims of the debtor, and the rights to
    setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

23. Automobiles, trucks, trailers, and other vehicles and accessories.
    *1997 Grand Prix*                                    J        $ 3,600

In re: *Tatia N. Walker and Timothy Walker*                    / Debtors       Case No.

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

24. Boats, motors, and accessories.
   [x] NONE

25. Aircraft and accessories.
   [x] NONE

26. Office equipment, furnishings, and supplies.
   [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
   [x] NONE

28. Inventory.
   [x] NONE

29. Animals.
   [x] NONE

30. Crops - growing or harvested.
   [x] NONE

31. Farming equipment and implements.
   [x] NONE

32. Farm supplies, chemicals, and feed.
   [x] NONE

33. Other personal property of any kind not already listed.
   [x] NONE

                                                    Total       $ 8,050

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors    Case No.

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(2): Exemptions available under applicable nonbankruptcy
            federal laws, and state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| *Resident/4231 W. Jackson* | | | $ 125,000 |
| | 735 ILCS 5/12-901 | $ 15,000 | |
| **Cash on hand** | | | |
| *Cash* | | | $ 50 |
| | 735 ILCS 5/12-1001(b) | $ 50 | |
| **Household goods and furnishings** | | | |
| *Sofa, Love Seat* | | | $ 1,500 |
| | 735 ILCS 5/12-1001(b) | $ 0 | |
| **Wearing apparel** | | | |
| *Clothing* | | | $ 350 |
| | 735 ILCS 5/12-1001(a) | $ 350 | |
| **Furs and jewelry** | | | |
| *Jewelry* | | | $ 50 |
| | 735 ILCS 5/12-1001(b) | $ 50 | |
| **Interests in pension or profit sharing plans** | | | |
| *Qualified 401(k) Pension Plan* | | | $ 2,000 |
| | 735 ILCS 5/12-1006 | $ 2,000 | |
| **Automobiles, trucks, trailers, etc, and accessories** | | | |
| *1997 Grand Prix* | | | $ 3,600 |
| | 735 ILCS 5/12-1001(c) | $ 2,400 | |
| | 735 ILCS 5/12-1001(b) | $ 1,200 | |

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors    Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No.<br>Aronson<br>3401 W. 47th St<br>Chicago, IL 60632 | Purchase Money Security<br>Furniture<br>Value: $ 500.00 | $ 453.00 | $ 0.00<br>*Joint Debt |
| 2. | Account No. 1736722033385<br>Bank of America Mortgage<br>PO Box 9000<br>Getzville, NY 14068 | Residential Mortgage<br>Resident/4231 W. Jackson<br>Value: $ 125,000.00 | $ 94,202.63 | $ 0.00<br>*Joint Debt |
| 3. | Account No. 1736722033385<br>Bank of America Mortgage<br>PO Box 9000<br>Getzville, NY 14068 | Mortgage arreage<br>Resident/4231 W. Jackson<br>Value: $ 125,000.00 | $ 6,500.00 | $ 0.00<br>*Joint Debt |
| 4. | Account No.<br>Economy Furniture<br>1336 N. Milwikee Ave<br>Chicago, IL. | Purchase Money Security<br>Sofa, Love Seat<br>Value: $ 1,500.00 | $ 3,000.00 | $ 1,500.00<br>*Joint Debt |

No continuation sheets attached

Subtotal:   $ 104,155.63
Total:   $ 104,155.63

In re: *Tafia N. Walker and Timothy Walker* _____ / Debtors      Case No.

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this
Schedule E.


## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs
after the commencement of the case but before the earlier of the appointment of a
trustee or the order for relief.  11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay
owing to employees and commissions owing to qualifying independent sales
representatives up to $4000* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately
preceding the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against
the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of
property or services for personal, family, or household use, that were not delivered
or provided.  11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or
support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental
units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift
Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve
System, or their predecessors or successors, to maintain the capital of an insured
depository institution.  11 U.S.C. S507(a)(9).


* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter
  with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors   Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 1. | Account No.<br>Capital One Bank<br>PO Box 85015<br>Richmond, VA 23285 | Credit card purchases | $ 956.00<br>*Joint Debt |
| 2. | Account No.<br>Cavalry Investment<br>3033 N. 44th St.<br>Phoeniz, AZ. 85018 | Credit card purchases | $ 1,547.00<br>*Joint Debt |
| 3. | Account No.<br>Commomwealth Edison & Co<br>System Credit/Bankruptcy Dept.<br>2100 Swift Drive<br>Oak Brook IL 60523 | Utility bills | $ 358.00<br>*Joint Debt |
| | Marlin Integrated Capital<br>PO Box 8592<br>Philadelphia, PA 19101 | Representing: Commomwealth Edison & Co | |
| 4. | Account No.<br>Condell Medical Center<br>c.p Ill Coll Service Inc<br>4647 W. 103rd St.<br>Oak Lawn, IL 60453 | Credit card purchases | $ 1,299.00<br>*Joint Debt |
| 5. | Account No. E00000185891<br>Elmhurst Memorial Hospital<br>c/o Van Ru Credit<br>10024 Skokie Blvd<br>Skokie, IL 60077 | Medical bills | $ 649.00<br>*Joint Debt |
| 6. | Account No. E00000185887<br>Elmhurst Memorial Hospital<br>c/o Van Ru Credit<br>10024 Skokie Blvd<br>Skokie, IL 60077 | Medical bills | $ 615.00<br>*Joint Debt |
| 7. | Account No.<br>FNANB Circuit City<br>c/o Performance Capital<br>2811 Main St.<br>Irvine, CA 92614 | Credit card purchases | $ 1,122.00<br>*Joint Debt |

3 continuation sheets attached                    Subtotal:    $ 6,546.00

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim ration for Claim | Claim Amount |
|---|---|---|---|
| 8. | Account No. Home Depot c/o Sperior Asset Management 18167 US Highway 19 N St. Clearwater, FL 33764 | Credit card purchases | $ 71.00 *Joint Debt |
| 9. | Account No. 12250517 Household c/o AAC 7027 Miller RD Warren, MI 48092 | Credit card purchases | $ 3,381.00 *Joint Debt |
| 10. | Account No. Household Bank 1441 Schilling Place Salinas, CA 93901 | Credit card purchases | $ 2,489.00 *Joint Debt |
| 11. | Account No. Lane Bryant 4590 E. Broad St Columbus, OH 43213 | Credit card purchases | $ 349.00 *Joint Debt |
| 12. | Account No. Mid America Bank c/o Dependon Collection 7627 W. Lake St. 210 River Forest, IL 60305 | Credit card purchases | $ 532.00 *Joint Debt |
| 13. | Account No. Nationwide Acceptance 3435 N. Cicero Chicago, Illinois 60641 | Auto Loan Deficiency | $ 2,456.00 *Joint Debt |
| 14. | Account No. Office Max/CBUSA NA PO Box 8000 Layton, UT 84041 | Credit card purchases | $ 818.00 *Joint Debt |
| 15. | Account No. 4500033224031 People Gas The Prudential Bld Attn: Special Projects 130 E Randolph Drive Chicago IL 60601 | Utility bills | $ 61.00 *Joint Debt |

Sheet no. 1 of 3                                    Subtotal:    $ 10,157.00

In2heOveTarbNT *Walker and Timothy Walker* _____ / Debtors                    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 16. Account No. 4900762<br>People Gas The Prudential Bld<br>Attn: Special Projects<br>130 E Randolph Drive<br>Chicago IL 60601 | Utility bills | $ 4,423.00<br>*Joint Debt |
| K.C.A. Financial Service<br>PO Box 53<br>Geneva, IL 60134 | Representing: People Gas The Prudential Bld | |
| 17. Account No. 58005802276532<br>Protfolio Recovery<br>PO Box 12197<br>Norkfolk, VA 23541 | Credit card purchases | $ 3,078.00<br>*Joint Debt |
| 18. Account No.<br>RNB Target<br>PO Box 59230<br>Minneapolis MN 55478 | Credit card purchases | $ 464.00<br>*Joint Debt |
| 19. Account No.<br>SBC Ameritech<br>Law Department Ste 27a<br>225 W Randolph St<br>Chicago IL 60606 | Utility bills | $ 526.00<br>*Joint Debt |
| 20. Account No. 0606856902838757<br>Sherman Acquistion<br>PO Box 10548<br>Greenville, SC 29603 | Credit card purchases | $ 4,465.00<br>*Joint Debt |
| 21. Account No.<br>Target<br>c/o Portfolio Recovery<br>PO Box 12194<br>Norkfolk, VA 23541 | Credit card purchases | $ 225.00<br>*Joint Debt |
| 22. Account No. 7735025962002<br>Verizon Wireless<br>1515 Woodfield Rd Ste. 1400<br>Schaumburg, IL 60173 | Cell Phone | $ 346.00<br>*Joint Debt |

Sheet no. 2 of 3                                            Subtotal:   $ 13,527.00

In rh10v0s0b8T    In re: imothy Walker _____ / Debtors    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 23. Account No. 7735505962002<br>Verizon Wireless<br>1515 Woodfield Rd Ste. 1400<br>Schaumburg, IL 60173 | Cell Phone | $ 277.00<br>*Joint Debt |
| 24. Account No.<br>Watermark Physicans Services<br>c/o R.M.R. Assoc.<br>PO Box 104325<br>Jefferson City, MO 65110 | Medical bills | $ 70.00<br>*Joint Debt |
| 25. Account No.<br>West Suburban Hospital<br>518 N. Austin Blvd<br>Oak Park, IL. | Medical bills | $ 320.00<br>*Joint Debt |
| 26. Account No. 85900000152972964<br>WSMN/ATT<br>PO Box 8758<br>Portland OR. 97207 | Utility bills | $ 742.00<br>*Joint Debt |

Sheet no. 3 of 3

Subtotal:    $ 1,409.00
Total:    $ 31,639.00

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors   Case No.

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
| --- | --- |
| Hattie Williams<br>4231 W. Jackson<br>Chicago, IL. | Contract type: Residential lease<br>Terms: $300 per month<br>Debtor's Interest: Lessor<br>Description: 4231 W. Jackson |
| Treniece Williams<br>4231 W. Jackson<br>Chicago, IL. | Contract type: Residential lease<br>Terms: $300 per month<br>Debtor's Interest: Lessor<br>Description: 4231 W. Jackson |

In re: *Tafia N. Walker and Timothy Walker* _____ / Debtors    Case No.

## SCHEDULE H - CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

[X] Debtor has nc codebtors.

In re: *Tatia N. Walker and Timothy Walker* _____ / Debtors   Case No.

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| Davion McKinley | 3 | Son |
| Kayla Martin | 2 | Daughter |

EMPLOYMENT:

| | DEBTOR | SPOUSE |
|--|--------|--------|
| Occupation: | Bus Driver | Collector |
| oyer:    CTA | Household | |
| How Long Employed: | 1 month | 961 Weisel Dr. |
| Employer Address: | 3112 N. Foster | Elmhurst, IL. |
| | Chicago, IL | |

| | DEBTOR | SPOUSE |
|--|-------:|-------:|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 1,300.00 | $ 2,195.25 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,300.00 | $ 2,195.25 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 387.77 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 387.77 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,300.00 | $ 1,807.48 |
| | | |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 600.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor | | |
| for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,900.00 | $ 1,807.48 |
| TOTAL COMBINED MONTHLY INCOME | $ 3,707.48 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
    NONE

In re: *Tatia N. Walker and Timothy Walker* _____/ Debtors   Case No.

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petitiof a joint petition is filed and aintains a separate
household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,589.70 |
| Are real estate taxes included? Yes_x_ No___ | |
| Is property insurance included? Yes_x_ No___ | |
| Utilities: Electricity and heating fuel | $ 325.00 |
|     Water and sewer | $ 40.00 |
|     Telephone | $ 60.00 |
|     Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 50.00 |
| Food | $ 450.00 |
| Clothing | $ 200.00 |
| Laundry and Dry cleaning | $ 80.00 |
| Medical and Dental expenses | $ 40.00 |
| Transportation (not including car payments) | $ 240.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 70.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 130.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ 0.00 |
| Installment payments:(Do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $ 0.00 |
| Other Day Care | $ 60.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,334.70 |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | |
|---|---|
| A. Total projected monthly income | $ 3,707.48 |
| B. Total projected monthly expenses | $ 3,334.70 |
| C. Excess income (A minus B) | $ 372.78 |
| D. Total amount to be paid into plan Bi-Weekly | $ 172.05 |

10v0s0b8T

In re: *Tafia N. Walker and Timothy Walker* _____ / Debtors     Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 16 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __12/10/03__        Signature _Tafia Walker_____
                                   ~~Tafia~~ N. Walker, Debtor
                                   Tafia

Date __12/10/03__        Signature _Timothy Walker_____
                                   Timothy Walker, Joint Debtor

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Tatia N. Walker*
      and
    *Timothy Walker*

Case No.
Chapter *13*

_____ / Debtors

Attorney for Debtor: Neal Feld

## STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

      Income, year to date: *$22,983*
          Last year: *$28,428*
        Year before: *$27,000*
         Source(s): *Employment*

2. Income other than from Employment or Operation of Business.

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

    [X] None

3. Payments to Creditors.

    a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

    [X] None

3. Payments to Creditors.

    a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

    [X] None

    b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

    [X] None

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

    [X] None

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

    [X] None

5. Repossessions, Foreclosures and Returns.

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

    [X] None

6. Assignments and Receiverships.

    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

    [X] None

    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

    [X] None

7. Gifts.

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

    [X] None

8. Losses.

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

    [X] None

9. Payments Related to Debt Counseling or Bankruptcy.

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

                Payee: *Neal Feld*
           Address: *500 N. Michigan, Ste. 300*
             Addr2: *Chicago, Illinois 60611*
    Date of payment: *12/12/03*
              Payor: *Tatia N. Walker*
     Payment/Value: *$ 800.00*

10. Other Transfers.

        List all other property, other than property transferred in the ordinary course of
the business or financial affairs of the debtor, transferred either absolutely or as a
security within one year immediately preceding the commencement of this case.

    [X]  None

_____

11. Closed Financial Accounts.

        List all financial accounts and instruments held in the name of the debtor or for the
benefit of the debtor which were closed, sold, or otherwise transferred within one year
immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions.

    [X]  None

_____

12. Safe Deposit Boxes.

        List each safe deposit or other box or depository in which the debtor has or had
securities, cash, or other valuables within one year immediately preceding the
commencement of this case.

    [X]  None

_____

13. Setoffs.

        List all setoffs made by any creditor, including a bank, against a debt or deposit of
the debtor within 90 days preceding the commencement of this case.

    [X]  None

_____

14. Property held for Another Person.

    List all property owned by another person that the debtor holds or controls.

    [X] None

---

15. Prior Address of Debtor.

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

    [X] None

---

16. Nature, Location and Name of Business.

    a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

    b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

    c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

    [X] None

---

<u>17. Books, records and financial statements.</u>

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

[X] None

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

[X] None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

[X] None

<u>18. Inventories.</u>

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

[X] None

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

[X] None

Statement of Affairs -- Page 6

<u>19. Current Partners, Officers, Directors and Shareholders.</u>

    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

    [X] None

_____

    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

    [X] None

 X] None

_____

<u>20. Former partners, officers, directors and shareholders.</u>

    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

    [X] None

_____

    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

    [X] None

_____

<u>21. Withdrawals from a Partnership or Distributions by a Corporation.</u>

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

    [X] None

_____

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date _12/10/03_          Signature _Tatia Walker_
                                   Tatia N. Walker, Debtor
                                   Tatia

Date _12/10/03_          Signature _Timothy Walker_
                                   Timothy Walker, Joint Debtor

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.