## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Tatia N | Case Number:  03 B 50652 |
| Walker, Timothy | Judge:  Hollis, Pamela S |
| Printed: 11/25/08 | Filed:  12/17/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  November 3, 2008

Confirmed:  February 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,058.60 | |
| Secured: | | 10,178.03 |
| Unsecured: | | 8,288.19 |
| Priority: | | 0.00 |
| Administrative: | | 2,680.00 |
| Trustee Fee: | | 1,220.58 |
| Other Funds: | | 691.80 |
| Totals: | 23,058.60 | 23,058.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 2,680.00 | 2,680.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 7,609.40 | 7,609.40 |
| 4. | Monterey Financial Services | Secured | 596.69 | 596.69 |
| 5. | Economy Furniture & Interiors Inc | Secured | 1,971.94 | 1,971.94 |
| 6. | CFC Financial Corp | Unsecured | 136.67 | 184.62 |
| 7. | KCA Financial Services | Unsecured | 1,155.35 | 224.83 |
| 8. | SBC | Unsecured | 334.61 | 452.02 |
| 9. | Asset Acceptance | Unsecured | 124.13 | 167.71 |
| 10. | Financial Credit Corp | Unsecured | 671.00 | 906.41 |
| 11. | AT&T | Unsecured | 193.18 | 260.95 |
| 12. | Monterey Financial Services | Unsecured | 5.38 | 7.26 |
| 13. | Resurgent Capital Services | Unsecured | 1,181.97 | 1,596.68 |
| 14. | Peoples Energy Corp | Unsecured | 1,150.07 | 0.00 |
| 15. | Nationwide Acceptance Corp | Unsecured | 939.65 | 1,269.59 |
| 16. | Economy Furniture & Interiors Inc | Unsecured | 374.94 | 506.48 |
| 17. | Verizon Wireless | Unsecured | 72.24 | 97.59 |
| 18. | Asset Acceptance | Unsecured | 890.91 | 1,203.46 |
| 19. | Verizon Wireless | Unsecured | 90.15 | 121.79 |
| 20. | Portfolio Recovery Associates | Unsecured | 800.28 | 1,081.06 |
| 21. | Capital One | Unsecured | 153.77 | 207.74 |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Home Depot | Unsecured | | No Claim Filed |
| 24. | Condell Medical Center | Unsecured | | No Claim Filed |
| 25. | Elmhurst Emergency Med Service | Unsecured | | No Claim Filed |
| 26. | Elmhurst Emergency Med Service | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Walker, Tatia N

Walker, Timothy

Printed: 11/25/08

Case Number:  03 B 50652

Judge:  Hollis, Pamela S

Filed:  12/17/03

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Household Automotive Finance Corp | Unsecured | | No Claim Filed |
| 28. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 29. | Mid America Bank | Unsecured | | No Claim Filed |
| 30. | Office Max | Unsecured | | No Claim Filed |
| 31. | Lane Bryant | Unsecured | | No Claim Filed |
| 32. | Retailers National Bank | Unsecured | | No Claim Filed |
| 33. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 34. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 35. | Watermark Phys. | Unsecured | | No Claim Filed |
| 36. | West Suburban Hospital | Unsecured | | No Claim Filed |
| | | | $ 21,132.33 | $ 21,146.22 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 124.19 |
| 4% | 61.75 |
| 6.5% | 187.45 |
| 3% | 36.13 |
| 5.5% | 170.33 |
| 5% | 60.22 |
| 4.8% | 105.14 |
| 5.4% | 475.37 |
| | $ 1,220.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

